NO. 07-02-0037-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL15, 2002

______________________________

PAULA AINSWORTH, APPELLANT

V.

KENTON RAGSDALE, APPELLEE

_________________________________

FROM THE 136TH DISTRICT COURT OF JEFFERSON COUNTY;

NO. D-164,304; HONORABLE MILTON SHUFFIELD, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Paula Ainsworth filed a 
pro se
 notice of
 appeal from a summary judgment that appellee Kenton Ragsdale recover $148,500 plus interest and attorney’s fees.  The clerk’s record was filed on January 17, 2002.   Ms. Ainsworth’s brief was due to be filed on February 18, 2002, but has yet to be filed, and no motion for extension of time has been filed.  By letter dated March 20, 2002, this Court notified Ms. Ainsworth of the defect and also directed her to reasonably explain the failure to file a brief together with a showing that Kenton Ragsdale has not been significantly injured by the delay by April 1, 2002.  Ms. Ainsworth did not respond and the brief remains outstanding.

Accordingly, we dismiss this appeal for want of prosecution and for failure to comply with an order of this Court.  
See
 Tex. R. App. P. 38.8(a)(1) and 42.3(a) and (c).

Don H. Reavis

    Justice

Do not publish.